CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

NOV 0 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KELVIN D. HUDSON, | ) |
| | ) Civil Action No. 7:07cv00585 |
| Plaintiff, | ) |
| | ) **FINAL ORDER** |
| | ) |
| KATHLEEN BASSETT, et al., | ) By: Hon. James C. Turk |
| | ) Senior United States District Judge |
| Defendants. | ) |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Defendants Bassett, Schilling, Pickerel, and Sandifer's Motion for Summary Judgment (Docket No. 22) is **GRANTED**. Defendants Gilbert and Davis's Motion for Summary Judgment (Docket No. 27) is also **GRANTED** and their Motion to Dismiss (Docket No. 14) is **DENIED** as moot. The Clerk of Court is directed to strike the case from the active docket of this court and to send a copy of this Order and accompanying Memorandum Opinion to Plaintiff and counsel of record for all Defendants.

ENTER: This 5th day of November, 2008.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge